**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SILVER STRAND HOSPITALITY LLC,<br><br>    Defendant. | Case No. CV 25-4600 PA (SSCx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's September 5, 2025 Minute Order dismissing this action for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 5, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE